Case 3:23-cr-00016-KGB   Document 23   Filed 02/09/23   Page 1 of 6



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. 3:23CR 00016 KGB |
| ) | |
| v. ) | 21 U.S.C. § 846 |
| ) | 21 U.S.C. §§ 841(a)(1), (b)(1)(A) & (B) |
| VINCENTE LOPEZ, JR., ) | |
| aka Vincent Lopez, ) | |
| TAMERA BINION, aka Peaches, ) | |
| DAVID ANTHONY BRASWELL, aka Feelgood, ) | |
| CARNELL BANKS, aka QT, ) | |
| GABRIELLE MONIQUE CRAWFORD, ) | |
| Aka Gabby, ) | |
| LAYKAIYA SHONICE SIGGERS, ) | |
| ERNESTO BARRERA, ) | |
| DONTAIL D. HORNE, aka DANNY BOY, ) | |
| TREMA LYNETTE DAFFRON, ) | |
| LESLIE MARIE NAVARRO, ) | |
| GARRICKA SHEUVONDA POTT, ) | |
| JOSE MANUEL RIVERA, ) | |
| REGINALD KEITH MULL, and ) | |
| SAMANTHA SHYANN CHISEM ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1 (Drug Conspiracy)

From in or about February 2019 until on or about present day, in the Eastern District of

Arkansas and elsewhere, the defendants,

VINCENTE LOPEZ, JR.,
aka Vincent Lopez,
TAMERA BINION, aka Peaches,
DAVID ANTHONY BRASWELL, aka Feelgood
CARNELL BANKS, aka QT,
GABRIELLE MONIQUE CRAWFORD, aka Gabby,
LAYKAIYA SHONICE SIGGERS,
ERNESTO BARRERA,
DONTAIL D. HORNE, aka DANNY BOY,
TREMA LYNETTE DAFFRON,
REGINALD KEITH MULL, and
SAMANTHA SHYANN CHISEM,

1

voluntarily and intentionally conspired with each other, and with others known and unknown to the grand jury, to knowingly and intentionally distribute and possess with intent to distribute 50 grams of more of methamphetamine actual and 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

All in violation of Title 21, United States Code, Section 846.

### COUNT 2 (Distribution)

On or about July 16, 2019, in the Eastern District of Arkansas, the defendant,

TAMERA BINION, aka Peaches,

knowingly and intentionally distributed 50 grams or more, but less than 500 grams, of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

### COUNT 3 (Distribution)

On or about July 30, 2019, in the Eastern District of Arkansas, the defendant,

GABRIELLE MONIQUE CRAWFORD, aka Gabby,

knowingly and intentionally distributed 50 grams or more, but less than 500 grams, of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

### COUNT 4 (Distribution)

On or about August 13, 2019, in the Eastern District of Arkansas, the defendant,

GABRIELLE MONIQUE CRAWFORD, aka Gabby,

knowingly and intentionally distributed 50 grams or more, but less than 500 grams, of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

### COUNT 5 (Distribution)

On or about July 13, 2021, in the Eastern District of Arkansas, the defendant,

TAMERA BINION, aka Peaches,

knowingly and intentionally distributed 50 grams or more, but less than 500 grams, of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

### COUNT 6 (Distribution)

On or about July 23, 2021, in the Eastern District of Arkansas, the defendant,

DAVID ANTHONY BRASWELL, aka Feelgood,

knowingly and intentionally distributed 50 grams or more, but less than 500 grams, of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

### COUNT 7 (Distribution)

On or about August 4, 2021, in the Eastern District of Arkansas, the defendant,

DAVID ANTHONY BRASWELL, aka Feelgood,

knowingly and intentionally distributed 50 grams or more, but less than 500 grams, of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

### COUNT 8 (Distribution)

On or about December 16, 2021, in the Eastern District of Arkansas, the defendant,

DAVID ANTHONY BRASWELL, aka Feelgood,

knowingly and intentionally distributed 50 grams or more, but less than 500 grams, of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT 9 (Drug Conspiracy)

From on or about December 2, 2022, until on or about December 4, 2022, in the Eastern District of Arkansas and elsewhere, the defendants,

> VINCENTE LOPEZ, JR., aka Vincent Lopez,
> LESLIE MARIE NAVARRO,
> GARRICKA SHEUVONDA POTT, and
> JOSE MANUEL RIVERA,

voluntarily and intentionally conspired with each other, and with others known and unknown to the grand jury, to knowingly and intentionally distribute and possess with intent to distribute more than 500 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

All in violation of Title 21, United States Code, Section 846.

## COUNT 10 (Drug Conspiracy)

From in or about December 2, 2022, until on or about December 4, 2022, in the Eastern District of Arkansas and elsewhere, the defendants,

> VINCENTE LOPEZ, JR., aka Vincent Lopez,
> LESLIE MARIE NAVARRO,
> GARRICKA SHEUVONDA POTT, and
> JOSE MANUEL RIVERA,

knowingly and intentionally conspired with each other, and with others known and unknown to the grand jury, to knowingly and intentionally possess with intent to distribute 40 grams or more, but less than 400 grams, of a mixture and substance containing a detectable amount of N-Phenyl-N-[1-(2-phenylethyl) -4-piperidinyl] propanamide (Fentanyl), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

All in violation of Title 21, United States Code, Section 846.

## FORFEITURE ALLEGATION 1

Upon conviction of any Counts 1 through 9 of this Indictment, the defendants, VINCENTE LOPEZ, JR., aka Vincent Lopez, TAMERA BINION, aka Peaches, DAVID ANTHONY BRASWELL, aka Feelgood, CARNELL BANKS, aka QT, GABRIELLE MONIQUE CRAWFORD, aka Gabby, LAYKAIYA SHONICE SIGGERS, ERNESTO BARRERA, DONTAIL D. HORNE, aka DANNY BOY, TREMA LYNETTE DAFFRON, LESLIE MARIE NAVARRO, GARRICKA SHEUVONDA POTT, and JOSE MANUEL RIVERA, REGINALD KEITH MULL, and SAMANTHA SHYANN CHISEM, shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(1), all property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as a result of the offenses.

## FORFEITURE ALLEGATION 2

Upon conviction of any Counts 1 through 9 of this Indictment, the defendants, VINCENTE LOPEZ, JR., aka Vincent Lopez, TAMERA BINION, aka Peaches, DAVID ANTHONY BRASWELL, aka Feelgood, CARNELL BANKS, aka QT, GABRIELLE MONIQUE CRAWFORD, aka Gabby, LAYKAIYA SHONICE SIGGERS, ERNESTO BARRERA, DONTAIL D. HORNE, aka DANNY BOY, TREMA LYNETTE DAFFRON, LESLIE MARIE NAVARRO, GARRICKA SHEUVONDA POTT, and JOSE MANUEL RIVERA, REGINALD KEITH MULL, and SAMANTHA SHYANN CHISEM, shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(2), all of the person's property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offenses.

## FORFEITURE ALLEGATION 3

Upon conviction of any Counts 1 through 9 of this Indictment, the defendants, VINCENTE LOPEZ, JR., aka Vincent Lopez, TAMERA BINION, aka Peaches, DAVID ANTHONY BRASWELL, aka Feelgood, CARNELL BANKS, aka QT, GABRIELLE MONIQUE CRAWFORD, aka Gabby, LAYKAIYA SHONICE SIGGERS, ERNESTO BARRERA, DONTAIL D. HORNE, aka DANNY BOY, TREMA LYNETTE DAFFRON, LESLIE MARIE NAVARRO, GARRICKA SHEUVONDA POTT, and JOSE MANUEL RIVERA, REGINALD KEITH MULL, and SAMANTHA SHYANN CHISEM, shall forfeit to the United States, under Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offenses.