IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

UNITED STATES OF AMERICA                                                                                    PLAINTIFF

v.                                            Case No. 3:23-cr-00016-10 KGB

LESLIE MARIE NAVARRO                                                                                        DEFENDANT

**ORDER**

Pending before the Court is the government's emergency motion to stay release and notice of appeal of Magistrate Judge's Release Order (Dkt. No. 184). On February 9, 2023, the Grand Jury for the Eastern District of Arkansas handed down an indictment charging Leslie Marie Navarro in Count 9 with conspiracy to distribute and possess with intent to distribute more than 500 grams of a mixture and substance containing a detectable amount of methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 846 and in Count 10 with conspiracy to distribute and possess with intent to distribute 40 grams or more, but less than 400 grams, of a mixture and substance containing a detectable amount of fentanyl, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B), and 846 (*Id.*, ¶ 1).

On March 20 and 21, 2023, Mr. Navarro appeared in Court for a detention hearing. The government sought detention on the basis of danger to the community and risk of flight. After hearing testimony and argument, United States Magistrate Judge Edie Ervin found that there were conditions of release that would reasonably assure Mr. Navarro's appearance and protect the community (Dkt. No. 185, at 7). Judge Ervin left Mr. Navarro in custody on March 20, 2023, and asked the parties to appear on March 21, 2023, at 10:00 a.m. to discuss Mr. Navarro's release pending appeal (*Id.*).

Following the March 20, 2023, hearing, the government filed a notice of appeal of Magistrate Judge's Release Order and request for expedited hearing (Dkt. No. 182). On March 21, 2023, the government filed the pending emergency motion to stay release and notice of appeal

of magistrate judge's release order (Dkt. No. 184).  At the hearing held at 10:00 a.m. on March 21, 2023, Judge Ervin continued the stay of Mr. Navarro's release until 2:30 p.m. to permit this Court to consider the government's emergency motion to stay release and notice of appeal of magistrate judge's release order (Dkt. No. 184, at 4).

The government contends that, if Judge Ervin's release order is not stayed, the defendant will be released to reside with his mother who lives approximately two hours from the Mexican border (Dkt. No. 184, ¶ 5).  The government has concerns that Mr. Navarro will flee to Mexico where he has relatives and that his appearance is not "reasonably assured" as required under 18 U.S.C. § 3142(b) (*Id.*).  The government requests that the Court stay Mr. Navarro's release pending a review of Judge Ervin's ruling ordering Mr. Navarro's release on conditions (*Id.*).

The United States Court of Appeals for the Eighth Circuit has held that a district court has the authority to conduct a *de novo* review of detention decisions, including stay a detention decision pending review.  *See United States v. Maull*, 773 F.2d 1479, 1486 (8th Cir. 1985) (en banc).  *See also United States v. Delker*, 767 F.2d 1390, 1393-95 (3d Cir. 1985) (same); *United States v. Medina*, 775 F.2d 1398, 1400-02 (11th Cir. 1985) (same); *United States v. Ollie*, Case Nos. CR 12-09E, 12-18E, 2013 WL 2158470 (W.D. Penn. May 17, 2013) (same); *United States v. Hernandez-Perez*, Magistrate No. 10-mj-1398-02, 2010 WL 3703302 (E.D. Pa. Sept. 22, 2010) (same).  Based on the Court's preliminary review of the record, this is a presumed detention case, and Mr. Navarro's current charges do not qualify him for a sentence of probation.  Further, the government presents a colorable claim that Mr. Navarro presents a danger to the community given the quantity of drugs involved in the indictment and a risk of flight given the proximity of his third-party custodian to the Mexican border.  For these reasons, the Court grants the emergency motion to stay release (Dkt. No. 184).  The Court stays Judge Ervin's release Order to allow the Court to

review the government's appeal. The Court will set a hearing on the government's appeal of Judge Ervin's detention decision by separate Order.

    It is so ordered this 21st day of March 2023.

                                                              _____
                                                              Kristine G. Baker
                                                               United States District Judge